NOV 04 2025

**25 CV 09192**

**CIVIL COVER SHEET**

JUDGE FURMAN

JS-44 (SDNY)
REV. 12/04/2024

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
Jacob Frydman

DEFENDANTS
ILEVU YAKUBOV (A/K/A Leo Jacobs), STEFANY ARTEga  And Jacobs P.C.

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No[ ] Yes[X] _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No[ ] Yes[ ] If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No[X]    Yes[ ]

(PLACE AN [x] IN ONE BOX ONLY)                          **NATURE OF SUIT**

TORTS                                                    ACTIONS UNDER STATUTES

**CONTRACT**

| | |
|---|---|
| [ ] 110 | INSURANCE |
| [ ] 120 | MARINE |
| [ ] 130 | MILLER ACT |
| [ ] 140 | NEGOTIABLE INSTRUMENT |
| [ ] 150 | RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT |
| [ ] 151 | MEDICARE ACT |
| [ ] 152 | RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) |
| [ ] 153 | RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS |
| [ ] 160 | STOCKHOLDERS SUITS |
| [ ] 190 | OTHER CONTRACT |
| [ ] 195 | CONTRACT PRODUCT LIABILITY |
| [ ] 198 | FRANCHISE |

**PERSONAL INJURY**

| | |
|---|---|
| [ ] 310 | AIRPLANE |
| [ ] 315 | AIRPLANE PRODUCT LIABILITY |
| [ ] 320 | ASSAULT, LIBEL & SLANDER |
| [ ] 330 | FEDERAL EMPLOYERS' LIABILITY |
| [ ] 340 | MARINE |
| [ ] 345 | MARINE PRODUCT LIABILITY |
| [ ] 350 | MOTOR VEHICLE |
| [ ] 355 | MOTOR VEHICLE PRODUCT LIABILITY |
| [ ] 360 | OTHER PERSONAL INJURY |
| [ ] 362 | PERSONAL INJURY - MED MALPRACTICE |

**PERSONAL INJURY**

| | |
|---|---|
| [ ] 367 | HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY |
| [ ] 365 | PERSONAL INJURY PRODUCT LIABILITY |
| [ ] 368 | ASBESTOS PERSONAL INJURY PRODUCT LIABILITY |

**PERSONAL PROPERTY**

| | |
|---|---|
| [ ] 370 | OTHER FRAUD |
| [ ] 371 | TRUTH IN LENDING |
| [ ] 380 | OTHER PERSONAL PROPERTY DAMAGE |
| [ ] 385 | PROPERTY DAMAGE PRODUCT LIABILITY |

**PRISONER PETITIONS**

| | |
|---|---|
| [ ] 463 | ALIEN DETAINEE |
| [ ] 510 | MOTIONS TO VACATE SENTENCE 28 USC 2255 |
| [ ] 530 | HABEAS CORPUS |
| [ ] 535 | DEATH PENALTY |
| [ ] 540 | MANDAMUS & OTHER |

**FORFEITURE/PENALTY**

| | |
|---|---|
| [ ] 625 | DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 |
| [ ] 690 | OTHER |

**PROPERTY RIGHTS**

| | |
|---|---|
| [ ] 820 | COPYRIGHTS |
| [ ] 830 | PATENT |
| [ ] 835 | PATENT-ABBREVIATED NEW DRUG APPLICATION |
| [ ] 840 | TRADEMARK |

**LABOR**

| | |
|---|---|
| [X] 710 | FAIR LABOR STANDARDS ACT |
| [ ] 720 | LABOR/MGMT RELATIONS |
| [ ] 740 | RAILWAY LABOR ACT |
| [ ] 751 | FAMILY MEDICAL LEAVE ACT (FMLA) |
| [ ] 790 | OTHER LABOR LITIGATION |
| [ ] 791 | EMPL RET INC SECURITY ACT (ERISA) |

**BANKRUPTCY**

| | |
|---|---|
| [ ] 422 | APPEAL 28 USC 158 |
| [ ] 423 | WITHDRAWAL 28 USC 157 |

[ ] 880 DEFEND TRADE SECRETS ACT

**SOCIAL SECURITY**

| | |
|---|---|
| [ ] 861 | HIA (1395ff) |
| [ ] 862 | BLACK LUNG (923) |
| [ ] 863 | DIWC/DIWW (405(g)) |
| [ ] 864 | SSID TITLE XVI |
| [ ] 865 | RSI (405(g)) |

**FEDERAL TAX SUITS**

| | |
|---|---|
| [ ] 870 | TAXES (U.S. Plaintiff or Defendant) |
| [ ] 871 | IRS-THIRD PARTY 28 USC 7609 |

**OTHER STATUTES**

| | |
|---|---|
| [ ] 375 | FALSE CLAIMS |
| [ ] 376 | QUI TAM |
| [ ] 400 | STATE REAPPORTIONMENT |
| [ ] 410 | ANTITRUST |
| [ ] 430 | BANKS & BANKING |
| [ ] 450 | COMMERCE |
| [ ] 460 | DEPORTATION |
| [ ] 470 | RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 480 | CONSUMER CREDIT |
| [ ] 485 | TELEPHONE CONSUMER PROTECTION ACT |
| [ ] 490 | CABLE/SATELLITE TV |
| [ ] 850 | SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 890 | OTHER STATUTORY ACTIONS |
| [ ] 891 | AGRICULTURAL ACTS |
| [ ] 893 | ENVIRONMENTAL MATTERS |
| [ ] 895 | FREEDOM OF INFORMATION ACT |
| [ ] 896 | ARBITRATION |
| [ ] 899 | ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 950 | CONSTITUTIONALITY OF STATE STATUTES |

**CIVIL RIGHTS**

| | |
|---|---|
| [ ] 440 | OTHER CIVIL RIGHTS (Non-Prisoner) |
| [ ] 441 | VOTING |
| [ ] 442 | EMPLOYMENT |
| [ ] 443 | HOUSING/ ACCOMMODATIONS |
| [ ] 445 | AMERICANS WITH DISABILITIES - EMPLOYMENT |
| [ ] 446 | AMERICANS WITH DISABILITIES -OTHER |
| [ ] 448 | EDUCATION |

**REAL PROPERTY**

| | |
|---|---|
| [ ] 210 | LAND CONDEMNATION |
| [ ] 220 | FORECLOSURE |
| [ ] 230 | RENT LEASE & EJECTMENT |
| [ ] 240 | TORTS TO LAND |
| [ ] 245 | TORT PRODUCT LIABILITY |
| [ ] 290 | ALL OTHER REAL PROPERTY |

**ACTIONS UNDER STATUTES**

**PRISONER CIVIL RIGHTS**

| | |
|---|---|
| [ ] 550 | CIVIL RIGHTS |
| [ ] 555 | PRISON CONDITION |
| [ ] 560 | CIVIL DETAINEE CONDITIONS OF CONFINEMENT |

**IMMIGRATION**

| | |
|---|---|
| [ ] 462 | NATURALIZATION APPLICATION |
| [ ] 465 | OTHER IMMIGRATION ACTIONS |

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 375,842 24   OTHER _____

Check YES only if demanded in complaint
JURY DEMAND:  (YES)   NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

Summons Issued

**(PLACE AN** ´x´ **IN ONE BOX ONLY)**                    **ORIGIN**

☒ 1 Original
    Proceeding

☐ 2 Removed from
    State Court

☐ 3 Remanded
    from
    Appellate
    Court

☐ 4 Reinstated or
    Reopened

☐ 5 Transferred from
    (Specify District)

☐ 6 Multidistrict
    Litigation
    (Transferred)

☐ 7 Appeal to District
    Judge from
    Magistrate Judge

☐ a. all parties represented

☐ b.  At least one party
       is pro se.

☐ 8 Multidistrict Litigation (Direct File)

**(PLACE AN** ´x´ **IN ONE BOX ONLY)**            **BASIS OF JURISDICTION**                    **IF DIVERSITY, INDICATE**
                                                                                                  **CITIZENSHIP BELOW.**

☐ 1 U.S. PLAINTIFF      ☐ 2 U.S. DEFENDANT      ☒ 3 FEDERAL QUESTION      ☐ 4 DIVERSITY
                                                     (U.S. NOT A PARTY)

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

### COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I
hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:     THIS ACTION SHOULD BE ASSIGNED TO:     ☐ WHITE PLAINS     ☒ MANHATTAN

DATE

                  SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
Attorney Bar Code #

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

MAG. JUDGE STEIN

Tammi M. Hellwig, Clerk of Court by _S. Coretto_ Deputy Clerk, DATED _NOV – 4 2025_

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

PROSE INTAKE UNIT

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Nov 4, 2025 1:44PM

JACOB FRYDMAN

Rcpt. No: 44404                    Trans. Date: Nov 4, 2025 1:44PM                    Cashier ID: #SS (6367)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: 25CV09192 JMF GS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.