UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JACOB FRYDMAN,                                                    :
:
                     Plaintiff,                        :
:      25-CV-9192 (JMF)
        -v-                                                      :
:      <u>ORDER</u>
ILEVU YAKUBOV a/k/a LEO JACOBS et al,                             :
:
                     Defendants.                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court grants Plaintiff's motion for permission to file documents electronically (ECF No. 5). The ECF Rules & Instructions are available online at https://nysd.uscourts.gov/rules/ecf-related-instructions.

       Following Plaintiff's registering to file documents electronically, he no longer will receive service of documents by postal mail, whether or not he previously consented to accept electronic service. All documents filed by the court, or any other party, shall be served on Plaintiff by electronic notice to Plaintiff's designated email address. *See* Fed. R. Civ. P. 5(B)(2)(E).

       Should Plaintiff have any questions regarding electronic filing, he may call the ECF Help Desk at (212) 805-0800. The Clerk of Court is directed to terminate ECF No. 5. As Plaintiff previously consented to receive electronic notice via the ECF system, see ECF No. 3, there is no need to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: November 7, 2025                    _____
       New York, New York                      JESSE M. FURMAN
                                         United States District Judge