UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JACOB FRYDMAN,

                                              Plaintiff,

      -against-

ILEVU YAKUBOV (a/k/a LEO JACOBS), STEFANY ARTEGA, and JACOBS P.C.,

                                            Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-9192 (JMF) (GS)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Jamaica, New York
        December 6, 2025

Respectfully submitted,

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants
Ilevu Yakubov,
Stefany Artega, and
Jacobs P.C.*

**VIA ECF**
Jacob Frydman, *pro se*
845 United Nations Plaza
Apartment 44D
New York, NY 10017
jf@frydco.com

*Plaintiff pro se*