# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

December 6, 2025

<u>VIA ECF</u>
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Jesse M. Furman, U.S.D.J.
500 Pearl Street, Courtroom 24B
New York, NY 10007-1312

>   **Re:**    **Frydman v. Yakubov,** *et al.*
>         **Case No.: 1:25-cv-9192 (JMF) (GS)**

Dear Judge Furman:

This firm was just retained to represent the Defendants in the above-referenced case. Defendants respectfully submit this letter motion for an extension of time, until January 31, 2026, to respond to the complaint. For the reasons set forth below, this Court should exercise its discretion in favor of granting the requested extension.

## Legal Standard

Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expire." See Fed. R. Civ. P. 6(b)(1)(A).

## Relevant Procedural History

On November 4, 2025, Plaintiff commenced this case against the Defendants by the filing of a complaint. See ECF Docket Entry 1. To date, no proof of service has been filed in accordance with Rule 4. See Fed. R. Civ. P. 4(l)(1).

## Good Cause Exists to Extend Defendants' Deadline to Respond to the Complaint

Your undersigned was only recently retained to defend this case, and has serious obligations in an unrelated case, <u>Fernandez v. Bulldozer Hospitality Group, Inc.,</u> *et al.*; Case No.: 1:25-cv-4490 (AS) (GS), wherein I have to conduct depositions on Monday, December 8, 2025, and Wednesday, December 10, 2025, and then file a motion for summary judgment by Friday, December 12, 2025, in addition to my obligations in other cases, such that your undersigned needs significant time to assess the claims here and determine an appropriate response to the complaint.

Consistent with ¶ 2(D) of this Court's Individual Rules and Practices in Civil Cases, Defendants respectfully submit that:

(1) the original date a response to the complaint is due is indiscernible as no proof of service has been filed in compliance with Rule 4;

Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
December 6, 2025
P a g e | 2

(2-3) there have been no previous requests for an extension of time to respond to the complaint;

(4) the reason for the requested extension is set forth in detail *supra* at page 2;

(5) your undersigned contacted the adversary who consented to an extension, in principle, on condition that your undersigned waives service (which Defendants were prepared to do), but refused to consent to an extension of time of sixty (60) days despite the fact a waiver of service automatically provides for a sixty (60) day extension of time to respond to the complaint (see Fed. R. Civ. P. 4(d)(3)) on the grounds that he contends Defendants were all "personally served" such that they are not entitled to a sixty (60) day extension of time; and

(6) the docket does not reflect any future date for the parties' next scheduled appearance before the Court, nor any other deadlines.

In light of these circumstances, Defendants respectfully request that this Court should exercise its discretion in favor of granting the requested extension. See Fed. R. Civ. P. 6(b)(1)(A). Defendants thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
December 6, 2025

Respectfully submitted,
**SAGE LEGAL LLC**
 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants
Ilevu Yakubov,
Stefany Artega, and
Jacobs P.C.*

**VIA ECF**
Jacob Frydman, *pro se*
845 United Nations Plaza
Apartment 44D
New York, NY 10017
jf@frydco.com

*Plaintiff pro se*

Application GRANTED. Plaintiff should file proof of service as soon as possible. The Clerk of Court is directed to terminate ECF No. 8. As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 3, there is no need to mail a copy of this Order to Plaintiff.

SO ORDERED.

December 8, 2025