UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACOB FRYDMAN,

                                                         Plaintiff,

      -against-

ILEVU YAKUBOV (a/k/a LEO JACOBS), STEFANY
ARTEGA, and JACOBS P.C.,

                                                          Defendants.
------------------------------------------------------------------X

**Case No.: 1:25-cv-9192 (JMF) (GS)**

**<u>NOTICE OF MOTION</u>**

      **PLEASE TAKE NOTICE**, that pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), upon the memorandum of law in support, and all the prior papers and proceedings herein, the Defendants will move this Court, before the Hon. Jesse Matthew Furman, U.S.D.J. ("Judge Furman"), at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 24B, New York, NY 10007-1312, for an Order: (i) dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted; and (ii) granting such other and further relief as the Court deems just, equitable, and proper.

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to ¶ 4(B) of Judge Furman's Individual Practices in Civil Cases, this motion may be made without a pre-motion conference.

      **PLEASE TAKE FURTHER NOTICE**, pursuant to Local Civil Rule 6.1, Plaintiff's opposition papers are due on Thursday, February 12, 2026, and Plaintiff's reply papers in further support are due on Thursday, February 19, 2026, unless otherwise ordered by this Court.

Dated: Jamaica, New York
January 29, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
By: /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Ilevu Yakubov,*
*Stefany Artega, and*
*Jacobs P.C.*

**VIA ECF**
Jacob Frydman, *pro se*
845 United Nations Plaza
Apartment 44D
New York, NY 10017
jf@frydco.com

*Plaintiff pro se*