UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

JACOB FRYDMAN,

                        Plaintiff,

– against –

ILEVU YAKUBOV (a/k/a LEO JACOBS), STEFANY ARTEGA, and JACOBS P.C.,

                        Defendants.

-----------------------------------------------------------------------X

**Case No.: 1:25-cv-9192 (JMF) (GS)**

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT**

      Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am admitted to practice before this Court and am a member of Sage Legal LLC, who are the attorneys for the Defendants in this case.

      2.    As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

      3.    A true and accurate copy of a restraining notice with information subpoena referenced in Plaintiff's complaint rendering such a document integral to the complaint such that they may be considered on Defendants' instant motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") is annexed hereto as **Exhibit "A."**

      4.    A true and accurate copy of an income execution referenced in Plaintiff's complaint, rendering such documents integral to the complaint such that they may be considered on Defendants' instant motion pursuant to Rule 12(b)(6) is annexed hereto as **Exhibit "B."**

      I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 29, 2026.

                                                                   */s/ Emanuel Kataev, Esq.*
                                                                   Emanuel Kataev, Esq.

**VIA ECF**
Jacob Frydman, *pro se*
845 United Nations Plaza
Apartment 44D
New York, NY 10017
jf@frydco.com

*Plaintiff pro se*