

## BALANCE DUE LETTER
## NOTICE OF DEMAND

9/3/2025

JACOBS P.C.
ATTN: PAYROLL
595 MADISON AVE 39TH FL
NEW YORK, NY 10022

Sheriff Case# 25004121
Judgment Creditor: ARBOR-MYRTLE BEACH PE LLC
Judgement Debtor/Employee: JACOB FRYDMAN

Dear Sir or Madam:

Please be advised that as of the above date, a balance due of $2,440,801.10 is needed to satisfy this case.

An Income Execution, issued pursuant to CPLR 5231, against the above-referenced Judgment Debtor, was duly served upon you on . This requires that you remit to the Office of the Sheriff, 10 percent (10%) of all gross earnings, including overtime, leave balances, commissions, deferred compensation, or other irregular earnings, before deductions of taxes, Social Security, dues, etc., until the entire judgment amount, plus interest and fees, is satisfied. We either have not received any payments or payments have discontinued.

You are hereby directed to resume or make payments to the Office of the Sheriff immediately or notify us in writing **on your official business letterhead**, of your reason for non-compliance, within ten (10) days from the date of this notice. Your Failure to respond to this notice will authorize the Judgment Creditor to bring proceedings against you.

Please use the above-referenced case number for your remittances and correspondences.

Very truly yours,

Income Execution Unit

Cc: Creditor or Creditor Attorney

City of New York – Office of the Sheriff - NYC.gov/Sheriff

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
ARBOR-MYRTLE BEACH PE LLC,

        Plaintiff-Judgment Creditor,

-against-

JACOB FRYDMAN,

        Defendant-Judgment Debtor.

------------------------------------------------------------X

Index No.: 657133/2019

**INCOME EXECUTION**

TO THE SHERIFF OF ANY COUNTY IN THE STATE OF NEW YORK, OR THE COUNTY OF NEW YORK:

WHEREAS, in the above-entitled action in the Supreme Court of the State of New York, County of New York, between Arbor-Myrtle Beach PE LLC ("Arbor" or "Judgment Creditor"), as plaintiff, and the above named defendant, who are all parties in said action, a judgment was entered on entered on May 3, 2021, and thereafter docketed in the Supreme Court of the State of New York, New York County, in favor of Arbor, Judgment Creditor, and against defendant:

(A) Jacob Frydman with a residence at 845 United Nations Plaza, Apt. 44D, New York, NY 10017 (the "Judgment Debtor").

Said judgment is in the principal amount of $1,671,324.92, with post-judgment interest at the rate of 9.000% per annum from May 3, 2021 until paid (the "Judgment"), the full amount of which, with interest thereon, remains due and unpaid; and

WHEREAS, the Judgment Debtor is receiving or will receive money from Jacobs P.C., whose address is 595 Madison Avenue, 39th Floor, New York, New York 10022 ("Garnishee"), in amounts presently unknown, and

NOW, THEREFORE, WE COMMAND YOU to serve a copy of this execution upon Judgment Debtor within twenty (20) days after it is delivered to you in the manner provided by CPLR 5231(d).

NOTICE TO JUDGMENT DEBTOR UPON WHO THIS INCOME EXECUTION IS SERVED

THE JUDGMENT DEBTOR, whose name is set forth above, is hereby commanded to forthwith commence payment to the sheriff of installments equal in amount to ten percent (10%) of income subject to the limitations computed in accordance with the formula based on disposable earnings set forth in the statement below, regardless of how the same is denominated, including overtime earnings, commissions, and other irregular income, received or hereafter to be received from the Garnishee above-named, in accordance with the provisions of CPLR 5231, until the judgment herein, together with the interest due thereon and the fees and expenses of this execution are fully paid and satisfied or until this execution is modified in accordance with the provisions of CPLR 5231(i). Upon default of the Judgment Debtor in complying herewith, continuing for a period of twenty (20) days, the execution will be served upon the above-named Garnishee from whom you are receiving or will receive income.

THE SHERIFF IS FURTHER COMMANDED that if he or she is unable to serve this execution upon the Judgment Debtor above-named within twenty (20) days after it is delivered to him or her, or if the Judgment Debtor shall fail to pay any installments pursuant to this execution as commanded for a period of twenty (20) days, then the sheriff shall levy upon the money that the Judgment Debtor is receiving or will receive by serving a copy of this execution, indorsed to indicate the extent to which paid installments have satisfied the judgment herein, upon the abovenamed Garnishee within the sheriff's county in the manner provided in CPLR 5231(e), and

THE GARNISHEE ABOVE-NAMED IS HEREBY COMMANDED to withhold and pay to the sheriff installments of income computed in accordance with the formula based on disposable earnings set forth in the statement below, regardless of how the same is denominated, including overtime earnings, commissions, and other irregular income, then or thereafter due to the Judgment Debtor, in accordance with the provisions of CPLR 5231, until the judgment herein, together with the interest due thereon and the fees and expenses of this execution, are fully paid and satisfied or until this execution is modified in accordance with the provisions of CPLR 5231(i), and

THE SHERIFF IS FURTHER COMMANDED that if this execution is returned unsatisfied in whole or in part because the sheriff is unable to find the above-named Garnishee within the sheriff's county, then the sheriff shall return this execution to the attorney for the Judgment Creditor, or to the Judgment Creditor if he or she has no attorney, indorsed to indicate the extent to which paid installments have satisfied the judgment. The attorney for the Judgment Creditor or the Judgment Creditor may then deliver this execution, as so indorsed, to the sheriff of any county in which the above-named Garnishee may be found, and

THE SHERIFF OF ANY COUNTY TO WHOM THIS EXECUTION IS DELIVERED AS PROVIDED IN THE PRECEDING PARAGRAPH IS HEREBY COMMANDED to levy upon the money that the Judgment Debtor is receiving or will receive from the above-named Garnishee by serving a copy of this execution, as so indorsed, upon the above-named Garnishee within that sheriff's county in the manner provided in CPLR 5231(e), and

THE GARNISHEE TO WHOM THIS EXECUTION IS DELIVERED AS PROVIDED IN THE PRECEDING PARAGRAPH IS HEREBY COMMANDED to withhold and pay to the sheriff of such county from the monies then or thereafter due to the Judgment Debtor, installments in the same amount and for the same period as hereinabove provided.

UNDER STATE AND FEDERAL LAW, WITHHOLDINGS NEED NOT BE MADE unless the judgment debtor's disposable earnings for a weekly pay period exceed the greater of 30 times the current (7.25 per hour effective July 24, 2009) federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938, or 30 times the state minimum hourly wage prescribed in New York Labor Law § 652. "Disposable earnings" are the earnings left after deducting the amounts required by law to be withheld, i.e., federal and state income taxes, Social Security taxes and unemployment insurance (15 U.S.C.A. §§ 1671 et seq.).

Dated: New York, New York
January 14, 2025

**MORRISON COHEN LLP**

By: _____
Y. David Scharf
Jay R. Speyer
Jeremy D. Weinstein

909 Third Avenue
New York, NY 10022
212-735-8600

*Attorneys for Judgment Creditor
Arbor-Myrtle Beach PE LLC*