UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JACOB FRYDMAN

                *Plaintiff,*                  Case No. 25-CV-9192 (JMF)

    -against-

**ILEVU YAKUBOV (a/k/a/ LEO JACOBS),**        <u>NOTICE OF VOLUNTARY</u>
**STEFANY ARTEGA and JACOBS P.C.**           <u>DISMISSAL WITHOUT</u>
                                                                   <u>PREJUDICE</u>

                **Defendants.**

------------------------------------------------------------------X

PLEASE TAKE NOTICE that pursuant to Ruie 41(a)(1)(A)(i) of ihe Federal Rules of Civil Procedure Plaintiff Jacob Frydman hereby voluntarily dismisses the above captioned action, in its entirety, without prejudice.

Dated March 12, 2026
New York, NY

                                                         Respectfully submitted,

                                                         _____
                                                         Jacob Frydman, *pro se*
                                                         854 United Nations Plaza
                                                         New York, NY 10017
                                                         jf@frydco.com
                                                         (917) 578-3800